```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
HABITAT FOR HORSES, et al.,         :

                Plaintiffs,         :    10 Civ. 7684 (WHP)

        -against-                   :    SCHEDULING ORDER

KEN SALAZAR, et al.,                :

                Defendants.         :
--------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2010

WILLIAM H. PAULEY III, District Judge:

      Counsel for all parties having appeared for a pre-motion conference on October 12, 2010, the following schedule is established on consent:

      (1) Defendants shall file and serve their motion to transfer venue by October 14, 2010;

      (2) Plaintiffs shall file and serve their opposition by October 18, 2010;

      (3) Defendants shall file and serve any reply by October 19, 2010; and

      (4) This Court will hear oral argument on October 20, 2010, at 9:45 a.m.

Dated: October 12, 2010
       New York, New York

                  SO ORDERED:

                  WILLIAM H. PAULEY III
                  U.S.D.J.

*Counsel of Record:*

Bruce A. Wagman, Esq.
Schiff Hardin LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105

Thomas P. Battistoni, Esq.
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022
*Counsel for Plaintiffs*

Amy A. Barcelo, Esq.
Assistant United States Attorney
U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Counsel for Defendants*