UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HABITAT FOR HORSES, INC., et al.,

    Plaintiffs,

-against-

KEN SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior; et al.,

    Defendants.

CIVIL ACTION NO. 10-CV-7684 (WHP)(KNF)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2010

Upon the motion of Thomas P. Battistoni, attorney for plaintiffs ~~Habitat for Horses and~~ the American Society for the Prevention of Cruelty to Animals, and said sponsor attorney's affidavit in support,

    IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Bruce A. Wagman |
| Firm Name: | Schiff Hardin LLP |
| Address: | One Market, Spear Street Twr., 32nd Floor |
| City/State/Zip: | San Francisco, California 94105 |
| Phone Number: | 415-901-8700 |
| Fax Number: | 415-901-8701 |
| E-mail: | bwagman@schiffhardin.com |

is admitted to practice *pro hac vice* as counsel for plaintiffs in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       October 15, 2010

                                             _____
                                             United States District Judge

SF\9865820.1