PREET BHARARA
United States Attorney for the
Southern District of New York
By: AMY A. BARCELO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-6559
Fax: (212) 637-2730
amy.barcelo@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
HABITAT FOR HORSES, a Texas non-profit
corporation; AMERICAN SOCIETY FOR THE
PREVENTION OF CRUELTY TO ANIMALS, a
New York non-profit corporation; THE CLOUD
FOUNDATION, a Colorado non-profit
corporation, TONI MOORE; and DR. DON
MOORE,

           Plaintiffs,

    v.

KEN SALAZAR, in his official capacity as
Secretary, U.S. Department of the Interior;
ROBERT ABBEY, in his official capacity as
Director, Bureau of Land Management; KENT
WALTER, in his official capacity as Field
Manager, Bureau of Land Management, White
River Field Office,

           Defendants.

------------------------------------------------------------ x

04 Civ. 7684 (WHP)

NOTICE OF APPEARANCE

ECF Case

To the Clerk of this Court and all parties of record:

The undersigned attorney respectfully requests the Clerk to note her appearance in the above-captioned cases for all Defendants, and also requests that she be designated as the lead

attorney to whom paper filings and/or Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
       October 18, 2010

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York

By:    /s/ *Amy A. Barcelo*
                                        AMY A. BARCELO
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-6559
                                        Fax: (212) 637-2730
                                        Email: amy.barcelo@usdoj.gov