UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
HABITAT FOR HORSES, et al.,                :

             Plaintiffs,         :        10 Civ. 7684 (WHP)

           -against-                :        SCHEDULING ORDER

KEN SALAZAR, et al.,                       :

           Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2010

This Court will hold a conference on November 16, 2010, at 11:00 a.m.

Dated: November 1, 2010
      New York, New York

                                    SO ORDERED:

                                  _____
                                  WILLIAM H. PAULEY III
                                       U.S.D.J.

*Counsel of Record:*

Bruce A. Wagman, Esq.
Schiff Hardin LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105

Thomas P. Battistoni, Esq.
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022
*Counsel for Plaintiffs*

Amy A. Barcelo, Esq.
Assistant United States Attorney
U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Counsel for Defendants*