

**SCHIFFHARDIN**LLP

Bruce A. Wagman
415-901-8762
bwagman@schiffhardin.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2010
```

One Market
Spear Street Tower
Thirty-Second Floor
San Francisco, California 94105

T 415.901.8700
F 415.901.8701
www.schiffhardin.com

November 2, 2010

<u>VIA FACSIMILE</u> [(212) 805-6390]

Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2210
New York, NY 10007

RECEIVED
NOV 2 2010
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Re:   *Habitat for Horses et al. v. Salazar et al.*
      10 Civ. 7684 (WHP)

Dear Judge Pauley:

As the Court is aware, this office represents plaintiffs in the above-captioned matter. While Mr. Battistoni in my New York office is also on the pleadings and in the action, I am the attorney most familiar with the matter and who has the most direct contact with plaintiffs.

I write in response to the Scheduling Order dated November 1, 2010 regarding a conference to be held on November 16, 2010 at 11:00 a.m., and am requesting permission to appear telephonically because I am located in San Francisco, California and, as stated above, I am the attorney most directly involved with the case at this point.

I appreciate the Court's consideration of this matter, and await your response.

Respectfully submitted,

Bruce A. Wagman

BAW:lfl
cc:   Amy A. Barcelo, Esq.
      Thomas Battistoni, Esq.

*Application granted. In addition, the conference is rescheduled for 12:00 p.m. on November 16, 2010.*

39325-0002
SF\9890531.1

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
11/2/2010

Chicago  |  Washington  |  New York  |  Lake Forest  |  Atlanta  |  San Francisco  |  Boston