UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

HABITAT FOR HORSES, a Texas non-profit : Case No. 10cv7684
Corporation; AMERICAN SOCIETY FOR THE :
PREVENTION OF CRUELTY TO ANIMALS, a : AFFIDAVIT OF SERVICE
New York non-profit Corporation; THE CLOUD :
FOUNDATION, a Colorado non-profit corporation; :
TONI MOORE; and DR. DON MOORE, :
:
                      Plaintiffs, :
  - against - :
:
KEN SALAZAR, in his official capacity as :
Secretary, U.S. Department of the Interior; ROBERT :
ABBEY, in his official capacity as Director Bureau :
of Land Management; KENT WALTER, in his :
official capacity as Field Manager, Bureau of Land :
Management, White River Field Office, :
:
                      Defendants. :

------------------------------------------------------------- X

STATE OF NEW YORK:
                SS.:
COUNTY OF NEW YORK:

      I Sybrandt O. Davis, being duly sworn, depose and say:

1)    I am not a party to the above action, am over 18 years of age and reside in Kings County, New York. I am a licensed process server in the State of New York (#1129164).

2)    On October 7, 2010, I personally served a copy of the Complaint for Declaratory and Injunctive Relief, Summons in a Civil Action, Civil Cover Sheet, Judge William Pauley III individual practice rule and Magistrate Judge Kevin Fox individual practice rule upon Aretha Charles for Andrew Schilling, Civil Chief at U.S. Attorney Office, 86 Chambers Street, 3rd Floor, New York, New York 10024.

3)    I would describe Ms. Charles as an African American female with short black hair, and is approximately 5'3", 125-135lbs. and 35-40 years old.

*[signature]*
Sybrandt Davis
New York State Licensed
Process Server #1129164

Sworn to before me this
7th day of October, 2010

*[signature: Louis P. Bonilla]*
Notary Public

LOUIS P. BONILLA
Notary Public, State of New York
No. 01BO4915208
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Dec. 31, 20__13