```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
HABITAT FOR HORSES, et al.,          :

        Plaintiffs,          :     10 Civ. 7684 (WHP)

        -against-           :     SCHEDULING ORDER

KEN SALAZAR, et al.,                 :

        Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared for a conference on November 16, 2010, the following is established on consent:

        1. This Court will hold a status conference on December 17, 2010, at 12:00 p.m.;

        2. Plaintiff's counsel may appear at this conference by telephone.

Dated:    November 17, 2010
           New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of Record:*

Bruce A. Wagman, Esq.
Schiff Hardin LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105

1

Thomas P. Battistoni, Esq.
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022
*Counsel for Plaintiffs*

Amy A. Barcelo, Esq.
Assistant United States Attorney
U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
*Counsel for Defendants*