AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

HABITAT FOR HORSES, et al.,
    Plaintiffs,
v.
KEN SALAZAR, et al.,
    Defendants.

**APPEARANCE**

Case Number: 09 Civ 7684 (WHP)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    Habitat for Horses; American Society for the Prevention of Cruelty to Animals; The Cloud Foundation; Dr. Don Moore; Toni Moore

I certify that I am admitted to practice in this court.

| 11/30/2010 | *[signature]* |
|---|---|
| Date | Signature |

Jonathan Horne
Print Name                              Bar Number

Kaye Scholer LLP, 425 Park Avenue
Address

| New York | NY | 10022-3598 |
|---|---|---|
| City | State | Zip Code |

| (212) 836-8219 | (212) 836-6407 |
|---|---|
| Phone Number | Fax Number |