AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

**APPEARANCE**

HABITAT FOR HORSES, et al.,
    Plaintiffs,
v.
KEN SALAZAR, et al.,
    Defendants.

Case Number: 09 Civ 7684 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Habitat for Horses; American Society for the Prevention of Cruelty to Animals; The Cloud Foundation; Dr. Don Moore; Toni Moore

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/29/2010 | *[signature]* |
| Date | Signature |
| | Daniel P. Weick |
| | Print Name     Bar Number |
| | Kaye Scholer LLP, 425 Park Avenue |
| | Address |
| | New York    NY    10022-3598 |
| | City    State    Zip Code |
| | (212) 836-8274    (212) 836-6341 |
| | Phone Number    Fax Number |