UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

HABITAT FOR HORSES, a Texas non-profit            :        Case No. 10 Civ. 7684 (WHP)
corporation; AMERICAN SOCIETY FOR THE
PREVENTION OF CRUELTY TO ANIMALS, a   :
New York non-profit corporation; THE CLOUD
FOUNDATION, a Colorado non-profit                 :
corporation, TONI MOORE; and DR. DON
MOORE,                                             :

                                Plaintiffs,        :

                v.                                 :

KEN SALAZAR, in his official capacity as           :
Secretary, U.S. Department of the Interior;
ROBERT ABBEY, in his official capacity as          :
Director, Bureau of Land Management; KENT
WALTER, in his official capacity as Field          :
Manager, Bureau of Land Management, White
River Field Office,                                :

                                Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

FILED U.S. DC
DEC 15 2010
S.D. OF N.Y.

NOTICE OF APPEAL

        NOTICE is hereby given that all Plaintiffs hereby appeal to the United States
Court of Appeals for the Second Circuit from the judgment denying Plaintiffs' application for a
preliminary injunction entered in this action on the 21st day of October, 2010.

                                Respectfully submitted,

                                By: _____

                                Daniel P. Weick
                                Adrienne D. Gonzalez
                                Jonathan Horne
                                Kaye Scholer LLP
                                425 Park Avenue
                                New York, NY 10022
                                Telephone: 212-836-8274
                                Facsimile: 212-836-6341
                                daniel.weick@kayescholer.com

Bruce A. Wagman
Schiff Hardin LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:  415-901-8700
Facsimile:  415-901-9701
bwagman@schiffhardin.com

Valerie J. Stanley
329 Prince George Street
Laurel, MD 20707
Telephone:  301-549-3126
Facsimile:  888-539-4736
valeriejstanley@yahoo.com

*Attorneys for Plaintiffs*

Dated:  December 15, 2010