UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
HABITAT FOR HORSES, et al.,                    :

                        Plaintiffs,            :        10 Civ. 7684 (WHP)

            -against-                          :        SCHEDULING ORDER

KEN SALAZAR, et al.,                           :

                        Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:_____       │
│ DATE FILED: 12/22/10         │
└─────────────────────────────┘
```

            Counsel for all parties having appeared for a pre-motion conference on December

17, 2010, the following schedule is established on consent:

            (1) Defendants shall file and serve their motion to dismiss by January 28, 2011;

            (2) Plaintiffs shall file and serve their opposition by February 25, 2011;

            (3) Defendants shall file and serve their reply by March 7, 2011; and

            (4) This Court will hear oral argument on April 15, 2011, at 3:00 p.m.

Dated: December 22, 2010
       New York, New York

                        SO ORDERED:

                        _____
                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Counsel of Record:*

Bruce A. Wagman, Esq.
Schiff Hardin LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105

Daniel P. Weick, Esq.
Jonathan R. Horne, Esq.
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
*Counsel for Plaintiffs*

Amy A. Barcelo, Esq.
Assistant United States Attorney
U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Counsel for Defendants*