AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

**APPEARANCE**

HABITAT FOR HORSES, et al.,
    Plaintiffs,
    v.
KEN SALAZAR, et al.,
    Defendants.

Case Number: 10 Civ 7684 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Habitat for Horses; American Society for the Prevention of Cruelty to Animals; The Cloud Foundation; Dr. Don Moore; Toni Moore

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/8/2011 | S/Adrienne D. Croker-Gonzalez *(Digitally signed by Adrienne D. Croker-Gonzalez, DN: cn=Adrienne D. Croker-Gonzalez, c=US, o=Kaye Scholer LLP, Date: 2011.02.08 12:27:42 -05'00')* |
| Date | Signature |
| | Adrienne Croker-Gonzalez |
| | Print Name — Bar Number |
| | Kaye Scholer LLP,  425 Park Avenue |
| | Address |
| | New York — NY — 10022-3598 |
| | City — State — Zip Code |
| | (212) 836-7540 — (212) 836-6661 |
| | Phone Number — Fax Number |