UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

HABITAT FOR HORSES, et al.,                    :          10 Civ. 07684 (WHP)

           Plaintiffs,                    :          Revised Scheduling Order

         -against-                    :

KEN SALAZAR, et al.,                    :

        Defendants.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 2/28/11 |

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having agreed to a revised briefing schedule, the following

schedule is established by consent:

        (1) Defendants shall file and serve their motion to dismiss by January 28, 2011;

        (2) Plaintiffs shall file and serve their opposition by March 4, 2011;

        (3) Defendants shall file and serve their reply by March 14, 2011;

        (4) This Court will hear oral argument on April 15, 2011, at 3:00 PM.

Dated: February 25, 2011
      New York, NY

                  SO ORDERED:

                           WILLIAM H. PAULEY III
                               U.S.D.J.