First Day of Inventory Flights – Piceance-East Douglas Herd Management Area (HMA)
Observers: Melissa Kindall (front seat) and Tyrell Turner (back seat, behind pilot), Lannie Coulter/pilot

After we finished with the WDHA inventory we flew direct to the area known as 84 Mesa which is in the Piceance-East Douglas Herd Management Area. We started in this area in order to give a requested participant, Amy Hadden Marsh, the opportunity to visualize the grid pattern and inventory process from the ground along with obtaining information and sound bites for her media related story/work. Ms. Marsh was accompanied by James Roberts, Assistant Field Officer Manager, White River Field Office, via a BLM vehicle. The initial location of their viewing took place on County Road #24X and then they moved to a higher vantage point on County Road #122 to continue to view the inventory. We flew a NW/SE pattern between Duck Creek, Yellow Creek and County Road #24X.

Located 9 bands of horses as follows (photos included)

| | | | |
|---|---|---|---|
| 1) | 7 Head | N39.58.552/W108.27.94 | Dark Bays, 1 yearling |
| 2) | 5 Head | N39.57.60/W108.25.80 | Bay, 1 yearling |
| 3) | 5 Head | N39.56.25/W108.25.68 | Bay, 1 yearling |
| 4) | 5 Head | N39.58.25/W108.25.12 | Bay, 1 yearling |
| 5) | 13 Head | N39.57.97/W108.24.54 | Sorrels (2 Flax) and Bays, 3 to 4 yearlings |
| 6) | 7 Head | N39.57.24/W108.24.28 | Bays, Palomino Coloring, 1 yearling |
| 7) | 3 Head | N39.57.40/W108.23.57 | Sorrels and Bays |
| 8) | 2 Head | N39.57.76/W108.23.80 | 1 Bay, 1 Sorrel |
| 9) | 3 Head | N39.57.60/W108.25.80 | Bay/Dark Bays (young stud band) |

**Flight Continues as follows**: Left the area known as 84 Mesa and flew direct to County Road #122 drops off the top down to County Road #24X, then we flew generally E/W using County Road #24X, Middle Barcus Creek to Duck Creek as the fly zone. As the grid pattern continued north we used Main Barcus Creek and Yellow Creek as the fly zone. The day ended in the area locally known as the Violet Place which is in the drainage bottom of Yellow Creek.

Located 7 bands of horses as follows (photos included):

| | | | |
|---|---|---|---|
| 1) | 7 Head | N40.01.15/W108.28.15 | 1 Gray, Bays/Sorrels, 1 laying down |
| 2) | 1 Head | N40.00.31/W108.26.33 | In small burned out area |
| 3) | 8 Head | N40.02.56/W108.28.07 | Bays, 2 yearlings |
| 4) | 2 Head | N40.02.72/W108.26.98 | Mare with possible yearling, nursing |
| 5) | 1 Head | N40.01.48/W108.25.54 | Bay |
| 6) | 3 Head | N40.03.15/W108.08.26 | Bays on the County Road #88, young stud band |
| 7) | 3 Head | N40.02.81/W108.25.26 | 2 Bays, 1 Sorrel |

4.3 hours flight time logged in the above listed area with a total of 5.8 hours flight time logged this day, approximately 25,000 acres inventoried in the HMA; but approximately 41,500 acres inventoried for the day.

**Inventory Flight of February 24, 2010**
Second Day of Inventory Flights –HMA
Observers: Melissa Kindall (front seat) and Tyrell Turner (back seat), Lannie Coulter/pilot

We flew direct to the Violet Place to finish the Pinto Mesa section of the inventory. The area had received new snow over the previous weekend. We flew an E/W pattern between Yellow Creek and Barcus Creek to finish the polygon flying the grid pattern. The day was partly sunny and visibility good. Today is warmer than yesterday but morning lows were approximately zero and warmed to 32 degrees for the day.

Located 4 bands of horses as follows (photos included):
| | | | |
|---|---|---|---|
| 1) | 3 Head | N40.02.15/W108.22.04 | |
| 2) | 1 Head | N40.02.45/W108.23.32 | Horse running |
| 3) | 3 Head | N40.01.59/W108.21.27 | 1 Gray, 2 Bays - Horses running, Possible young stud band |
| 4) | 6 Head | N40.05.54/W108.24.15 | 2 yearlings, Bays |

**Flight Continues as follows**: Left the area known Pinto Mesa and began to fly the back side of Rocky Ridge or the south facing portion. We used Yellow Creek as the west boundary, RBC Road #5 as the eastern boundary, RBC Road #88 as the southern boundary and the Rocky Ridge ridgeline as the northern boundary for this portion of the grid pattern.

Located 4 bands of horses as follows (photos included):
| | | | |
|---|---|---|---|
| 1) | 4 Head | N40.04.53/W108.19.04 | Near a vegetation monitoring plot, All dark |
| 2) | 3 Head | N40.06.41/W108.19.61 | 1 Sorrel, 2 Bay (young stud band) |
| 3) | 1 Head | N40.05.78/W108.19.23 | Bay |
| 4) | 5 Head | N40.03.51/W108.16.74 | All Dark Bays, possible 1 yearling |

**Flight Continues as follows**: Left the back side of Rocky Ridge to begin to inventory the front side of Rocky Ridge or the north facing portion. We used Yellow Creek as the west boundary, RBC Road #5 as the eastern boundary, the Rocky Ridge ridgeline as the southern boundary and the State Highway 64 as the northern boundary for this portion of the grid pattern.

Located 1 band of horses as follows (photos included)
| | | | |
|---|---|---|---|
| 1) | 2 Head | N40.09.56/W108.21.64 | Bays |

4.0 hours flight time logged, approximately 36,000 acres inventoried.

Based on previous notifications and sightings by other BLM personnel and private individuals we expected to locate a larger group of 7 head that are common to the front side of Rocky Ridge but we were not able to locate them.

**Inventory Flight of March 1, 2010**
Third Day of Inventory Flights –HMA
Observers: Melissa Kindall (front seat) and Tyrell Turner (back seat), Lannie Coulter/Pilot

During the enroute flight we located a band of 4 head of horses that we had not seen the previous flight in this area on the front side or north facing slope of Rocky Ridge, see February 23, 2010 for two (2) head counted.

Located 1 band of horses as follows (photos included):
    4 Head    N40.06.05/W108.18.75    1 Sorrel, 3 Bays

We flew direct to the mouth of Yellow Creek. We used Main Barcus Creek as the eastern line, Monument Gulch as the western line, State Highway 64 as the northern boundary, and the HMA fence line along the ridge top as the southern boundary. The snow was spottie on south facing slope. The day was sunny and visibility excellent.

Located 22 bands of horses as follows (photos included):

| # | Head | Coordinates | Description |
|---|---|---|---|
| 1) | 2 Head | N40.08.98/W108.25.24 | Bays |
| 2) | 2 Head | N40.07.32/W108.24.53 | 1 Head Laying Down |
| 3) | 4 Head | N40.07.92/W108.28.12 | 2 Gray, 1 Bay, 1 Sorrel |
| 4) | 2 Head | N40.06.42/W108.24.55 | 1 Sorrel, 1 Bay |
| 5) | 3 Head | N40.06.16/W108.24.87 | Bays |
| 6) | 8 Head | N40.06.13/W108.24.96 | 1 Yearling |
| 7) | 3 Head | N40.06.35/W108.23.37 | 2 Bay, 1 Yearling Sorrel (running) |
| 8) | 4 Head | N40.06.34/W108.25.46 | 2 Black, 2 Dark Bay |
| 9) | 11 Head | N40.05.59/W108.25.53 | 1 Lt Gray, Bays, Blacks, 1 Sorrel, 2 Yearlings |
| 10) | 7 Head | N40.05.11/W108.25.94 | Bays, Sorrels, possible 1 Yearling |
| 11) | 6 Head | N40.06.09/W108.28.99 | On the Road, Dark Bays |
| 12) | 3 Head | N40.05.54/W108.27.32 | Dark Bays |
| 13) | 4 Head | N40.05.55/W108.28.63 | In the bottom, Dark Bays |
| 14) | 4 Head | N40.04.18/W108.27.57 | 1 Laying Down – 1 Rolling |
| 15) | 1 Head | N40.04.21/W108.25.42 | Bay |
| 16) | 3 Head | N40.04.53/W108.29.87 | All Dark, possible all black |
| 17) | 10 Head | N40.03.08/W108.26.53 | 1 Gray, Bays, Sorrels, possible 3 Yearlings |
| 18) | 8 Head | N40.03.08/W108.26.53 | Bays, Sorrels |
| 19) | 5 Head | N40.03.19/W108.28.39 | Darks, 1 Yearling |
| 20) | 5 Head | N40.02.61/W108.26.93 | Dark |
| 21) | 11 Head | N40.02.69/W108.27.86 | 1 Gray, Bays, Blacks |
| 22) | 6 Head | N40.01.62/W108.28.15 | 2 Gray, 4 Bay (3 laying down) – one got up due to fly over. |

5.6 hours flight time logged, approximately 51,000 acres inventoried.

### Inventory Flight of March 2, 2010
Fourth Day of Inventory Flights –HMA, East Douglas Portion
Observers: Melissa Kindall (front seat) and Tyrell Turner (back seat), Lannie Coulter/Pilot

Enroute to the East Douglas area of the HMA Craig dispatch called requesting that we divert to a location on Piceance Creek to check out a smoke report (#IA021). We notified dispatch that we'd made a couple of passes in the area but did not see anything so we resumed our flight to the East Douglas area.

As we passed over an area locally known as the Yellow Creek Jeep Trail (County Road #83) 4 head of horses were located at the following location which is outside the HMA:

    4 Head        N40.00.66/W108.16.19        1 Dk and 1 Lt Bucksin, 1 Bay Yrlg, 1 Gray

**Flight Continues as follows:** Started the flight just outside the HMA in Gillam Draw which is a portion of the North Piceance Herd Area. The snow cover was spottie on some south facing slopes but as we traveled south and obtained higher elevations the snow cover was adequate. We flew a generally N/S pattern using Big Ridge and Cathedral Bluffs as the eastern line, State Highway 139 as the western line, Cathedral Creek as the southern boundary, and State Highway 64 as the northern line. The day was partly sunny and visibility was good.

Located 9 bands of horses as follows (photos included):
1) 7 Head N39.47.49/W108.35.19    4 Sorrels , 3 Bays
2) 4 Head N39.46.19/W108.32.76    3 Sorrels (with socks), 1 Bay (young bunch)
3) 7 Head N39.47.25/W108.34.90    Bays, Sorrels (near Rocky Point Draw)
4) 6 Head N39.46.33/W108.34.09    All Sorrels, 1 Yearling
5) 4 Head N39.46.13/W018.34.04    All Sorrels
6) 5 Head N39.52.46/W108.40.69    2 Blacks, 2 Bays, 1 Yearling Bay
7) 1 Head N39.53.74/W10842.84    1 Bay (not far from intersection of Main and East Douglas)
8) 7 Head N39.52.59/W108.42.73    Dark Bays possible blacks
9) 1 Head N39.51.53/W108.42.61    1 Bay, Star and RR w/ White

6.0 hours flight time logged, approximately 69,000 acres inventoried.
Pilot stated at end of the flight that he would be unavailable until possibly Monday, March 8, 2010.

### Monday, March 8, 2010

Overcast and trying to snow.

### Tuesday, March 9, 2010

Called by pilot stating that he checked the weather and that the area we were planning on going to was going to be windy and that a helicopter catching mule deer was also working in the area so there were additional safety concerns for this day regarding our inventory work in a nearby area. The pilot thought that the next opportunity to fly the Boxelder/Square S, Pasture C area might be Thursday, March 11, 2010. At approximately 1:00 p.m. the town of Meeker was beginning to experience light snow fall.

### Wednesday, March 10, 2010

Overcast and trying to snow.

### Thursday, March 11, 2010 and Friday, March 12, 2010

Overcast and trying to snow, expected to clear in afternoon.
Called at approximately 2:30 p.m. by pilot stating he was unavailable for Friday, 12 March 2010 so he rescheduled us to Monday, 15 March 2010. I asked the pilot if we could be the booking for three days in a row based on the weather information off of the internet which stated that 15 March (Monday) through 17 March (Wednesday) to be partly sunny to sunny conditions and he stated that's what he'd plan.

### Monday, March 15, 2010

Pilot called to say that he had a make-up flight with the Colorado Division of Wildlife to fly with with them for a moose inventory.

### Inventory Flight of March 16, 2010
Fifth and Final Day of Inventory Flights –Boxelder/Square S, Pasture C area in the HMA and the area known as "Doughnut Hole" or outside the HMA
Observers: Melissa Kindall (front seat) and Tyrell Turner (back seat), Lannie Coulter/Pilot

Started the flight just outside the HMA by using a pipeline corridor east of Ryan Gulch east line, County Road #24X as the north line, County Road #122 as the west line, and the Cathedral Bluffs as the south end of the pattern. The initial eastern line was used due to the fact the Melissa Kindall had seen three head (stud, mare, and foal) outside of the HMA at the cattleguard crossing just off of the intersection where County Road #70 turns east from County Road #91 in October 2009. The day was partly sunny and generally the area covered with high clouds so visibility was good. Snow conditions on most south facing slopes contained no snow with patchy north facing slopes. As we obtained higher elevations the snow cover changed to good.

Located 18 bands of horses as follows (photos included):

| | | | |
|---|---|---|---|
| 1) | 5 Head | N39.57.46/W108.27.54 | 3 Sorrels , 1 Gray, 1 Black (1 laying down) Bays |
| 2) | 3 Head | N39.57.24/W108.28.22 | 1 Bay, 1 Black, 1 Gray (young bunch) |

| | | | |
|---|---|---|---|
| 3) | 3 Head | N39.52.58/W108.27.51 | Darks |
| 4) | 7 Head | N39.54.33/W108.27.88 | Bays and Dark |
| 5) | 4 Head | N39.54.92/W108.29.07 | 1 Gray, 3 Bays |
| 6) | 6 Head | N40.01.26/W108.31.93 | 4 Bays, 2 Sorrels (Mare Canyon) |
| 7) | 2 Head | N40.01.09/W108.31.75 | Bay/Dark (Mare Canyon) |
| 8) | 3 Head | N39.53.97/W108.29.59 | Dark Bays |
| 9) | 4 Head | N39.52.88/W108.30.34 | Darks (3 laying under the trees) |
| 10) | 4 Head | N39.53.76/W108.30.90 | 1 Sorrel, 3 Darks possible Black |
| 11) | 2 Head | N39.52.53/W108.30.50 | 1 Sorrel, 1 Dark Gray (no one else saw but Melissa) |
| 12) | 3 Head | N39.52.59/W108.31.76 | All Dark |
| 13) | 9 Head | N39.51.81/W108.32.57 | 1 Gray, rest Dark (in the open, no yearlings) |
| 14) | 4 Head | N39.56.89/W108.34.30 | Darks |
| 15) | 5 Head | N39.56.62/W108.34.62 | 1 Sorrel 1 Gray, 3 Darks |
| 16) | 5 Head | N39.51.30/W108.31.86 | 1 Gray, 4 Dark |
| 17) | 2 Head | N39.55.79/W108.35.03 | Darks |
| 18) | 5 Head | N39.51.89/X108.33.57 | 2 Gray, 3 Darks |

6.0 hours flight time logged, approximately 78,000 acres of inventory.

### Inventory Flight of March 17, 2010
First and Only Day of Inventory Flights – North Piceance Herd Area
Observers: Melissa Kindall (front seat) and Tyrell Turner (back seat), Lannie Coulter/Pilot

It was decided that a complete inventory was not necessary in the NPHA so the grid pattern became 1,00 to 1,250 feet intervals in order to determine if horses are within the NPHA. The pattern started at Monument Gulch as the eastern line, State Highway 64 as the northern line, Gilliam Draw/Big Ridge as the western line, and Calamity Ridge as the southern line. The day was sunny with some high clouds and visibility good.

Located 8 bands of horses as follows (photos included):

| | | | |
|---|---|---|---|
| 1) | 3 Head | N40.08.89/W108.36.66 | All Darks, 1 possible dark gray |
| 2) | 5 Head | N40.08.56/W108.34.91 | 1 Black Foal, 1 Palomino or possible Cremello Stud, 3 Blacks |
| 3) | 1 Head | N40.08.36/W108.36.93 | Black |
| 4) | 3 Head | N40.07.70/W108.35.33 | 2 Dark, 1 Palomino or possible Cremello (young stud bunch) |
| 5) | 10 Head | N40.05.97/W108.41.74 | Dark, 1 Foal |
| 6) | 5 Head | N40.04.48/W108.37.84 | All Darks (Range Specialists has seen before) |
| 7) | 4 Head | N40.03.86/X108.38.07 | 3 Bay, 1 Gray (in the burn) |
| 8) | 3 Head | N40.02.77/W108.36.80 | 1 Gray, 2 Dark (1 yearling) |

3.1 hours flight time logged, approximately 79,500 acres of inventory.

**In Summary,** 46.3 hours of flight time was logged. Approximately 534,272 acres inventoried.

Other hours charged to this inventory included: 28.5 hours dispatch time (Stacy Gray, Supervisor) as well as 8 hours Aviation Management through Craig Interagency Dispatch Center and Dave Toelle.

## INVENTORY COUNT

201 head Outside the HMA as follows:

| | |
|---|---|
| 29 head | Outside HMA: South of East Douglas Portion |
| 3 head | Outside HMA: East of Ryan Gulch |
| 4 head | Outside HMA: Yellow Creek Jeep Trail/County Road #5 (Yellow Creek Burn) |
| 3 head | Outside HMA: 300 yards into Yellow Creek Drainage Bottom |
| 3 head | Outside HMA: 250 yards north of Cross Roads Intersection at County Roads #88, #20, #83 |
| 15 head | Outside HMA in the Doughnut Hole (3 bands: 7 head; 6 head; 2 head) |
| 9 head | Outside HMA on Magnolia Bench |
| 49 head | in North Piceance Herd Area (one of which is this year's foal) |
| 86 head | in West Douglas Herd Area – of which 13 head were beyond the WDHA Boundary |
| 265 head | Inside the HMA Boundary |

Notation: None of the horses located would have been listed below a 2 or very thin condition rating (Henneke System) and in general the average condition rating would have been a 5 or moderate over all for those horses located during the inventory.

Attachments
  Maps: Locations where Horses Observed by each area (P-ED HMA, WDHA, NPHA and outside)