UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

HABITAT FOR HORSES, a Texas non-profit corporation; AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, a New York non-profit corporation; THE CLOUD FOUNDATION, a Colorado non-profit corporation; TONI MOORE; and DR. DON MOORE,

          Plaintiffs,

          v.

KEN SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior; ROBERT ABBEY, in his official capacity as Director, Bureau of Land Management; KENT WALTER, in his official capacity as Field Manager, Bureau of Land Management, White River Field Office,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

10 Civ. 07684 (WHP)

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 4, 2011 I electronically filed the Declaration of Daniel P. Weick in Opposition to Defendants' Motion to Dismiss and Motion for Partial Summary Judgment along with its attached exhibits with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                               */s/ Adrienne D. Gonzalez*

**SERVICE LIST**
**Habitat for Horses et al. v. Salazar et al.**
**No. 10 Civ. 07684 (WHP)**
**United States Court District Court for the Southern District of New York**

Amy A. Barcelo, Assistant U.S. Attorney
United States Attorney's Office, Southern District of New York
86 Chambers Street
New York, NY 10007
Telephone:  (212) 637-6559
E-Mail:  amy.barcelo@usdoj.gov
Attorney for defendants Ken Salazar, Robert Abbey, and Kent Walter
Method of Service:  CM/ECF Notice of Electronic Filing