

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

March 15, 2011

**BY HAND**
The Honorable William H. Pauley III
United States District Judge
United States District Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

          Re:  *Habitat for Horses et al. v. Salazar et al.*,
                10 Civ. 7684 (WHP)

Dear Judge Pauley:

       This Office represents the Government in the above-referenced action. I am writing respectfully, and with plaintiffs' consent, to request a two-page extension, from ten pages to twelve pages, of the Government's reply brief in support of its motion to dismiss and for partial summary judgment that is due on Thursday, March 17, 2011. The Government requests this extension so that it will be able to respond fully to the arguments made by Plaintiffs in opposition to the Government's motion.

       Thank you for your consideration of this matter.

                                  Respectfully,

                                  PREET BHARARA
                                United States Attorney

                By:    _____
                          AMY A. BARCELO
                          Assistant United States Attorney
                          86 Chambers Street, 3rd Floor
                          New York, New York 10007
                          Tel.    (212) 637-6559
                          Fax.   (212) 637-2730

cc:    Daniel P. Weick, Adrienne D. Gonzalez, Bruce A. Wagman, *counsel for Plaintiffs*
        (by electronic mail)

*Application granted.*

*SO ORDERED:*

_____
WILLIAM H. PAULEY III U.S.D.J.

3/18/11