AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| HABITAT FOR HORSES, et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 10 Civ. 07684 (WHP) |
| KEN SALAZAR, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs

Date: 04/19/2011

*Attorney's signature*

Christopher B. Ortiz
*Printed name and bar number*

Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
*Address*

christopher.ortiz@kayescholer.com
*E-mail address*

(212) 836-8068
*Telephone number*

(212) 836-6344
*FAX number*