```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
HABITAT FOR HORSES, et al.,                   :

              Plaintiffs,         :    10 Civ. 7684 (WHP)

        -against-             :    SCHEDULING ORDER

KEN SALAZAR, et al.,                          :

              Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        This Court will hear oral argument on Defendants' motion to dismiss on June 20, 2011, at 3:30 p.m.

Dated: June 1, 2011
      New York, New York

                            SO ORDERED:

                            _____
                            WILLIAM H. PAULEY III
                                U.S.D.J.

*All Counsel of Record*